UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Trey Garner, #248321,  )  |   |
|   )  | C/A No. 0:06-0021-GRA-BM |
| Petitioner,  )  |   |
|   )  |   |
| v.  )  | **ORDER** |
|   )  | (Written Opinion) |
| State of South Carolina; and Henry D.  )  |   |
| McMaster, Attorney General of the  )  |   |
| State of South Carolina,  )  |   |
|   )  |   |
| Respondents.  )  |   |
| _____ )  |   |

This matter comes before the Court for a review of the magistrate's Report and Recommendation made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02(B)(2)(c), D.S.C., and filed on January 5, 2007. Petitioner filed an action pursuant to 28 U.S.C. § 2254 on December 28, 2005. Respondents filed a motion for summary judgment on March 13, 2006. On October 10, 2006, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), Petitioner was advised of the summary judgment procedure and the possible consequences for failure to adequately respond. The petitioner filed a response in opposition to summary judgment on November 20, 2006. The magistrate now recommends granting Respondents' motion for summary judgment and dismissing the petition with prejudice.

Petitioner brings this claim *pro se.* This Court is required to construe *pro se* pleadings liberally. Such pleadings are held to a less stringent standard than those

1

drafted by attorneys. *Gordon v. Leeke*, 574 F.2d 1147, 1151 (4th Cir. 1978). This Court is charged with liberally construing a pleading filed by a *pro se* litigant to allow for the development of a potentially meritorious claim. *Boag v. MacDougall*, 454 U.S. 364, 365 (1982).

The magistrate makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this Court. *Mathews v. Weber*, 423 U.S. 261, 270-71 (1976). This Court is charged with making a *de novo* determination of those portions of the Report and Recommendation to which specific objection is made, and this Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). This Court may also "receive further evidence or recommit the matter to the magistrate with instructions." *Id.*

In order for objections to be considered by a United States District Judge, the objections must be timely and must specifically identify the portions of the Report and Recommendation to which the party objects and the basis for the objections. Fed. R. Civ. P. 72(b); *see United States v. Schronce*, 727 F.2d 91, 94 n.4 (4th Cir. 1984); *Wright v. Collins*, 766 F.2d 841, 845-47 nn.1-3 (4th Cir. 1985). "Courts have held *de novo* review to be unnecessary in . . . situations when a party makes general and conclusory objections that do not direct the court to a specific error in the magistrate's proposed findings and recommendation." *Orpiano v. Johnson*, 687 F.2d 44, 47 (4th Cir. 1982). In the absence of specific objections to the Report and Recommendation,

this Court is not required to give any explanation for adopting the recommendation. *Camby v. Davis*, 718 F.2d 198 (4th Cir. 1983). Petitioner timely filed objections on January 24, 2007.

The petitioner does not state any specific objections to the Report and Recommendation. Instead, Petitioner cites and quotes various portions of the South Carolina Appellate Court Rules, South Carolina case law, and other legal authorities, without directing the Court to any particular portion of the Report and Recommendation. The Court recognizes that Petitioner is proceeding *pro se* and strives to construe his pleading's liberally. However, this Court has no authority to formulate objections on behalf of the petitioner or raise arguments for him in the absence of his own. Therefore, Petitioner's filing does not meet the standard for specific objections and is without merit, precluding this Court's interpretation.

After a review of the magistrate's Report and Recommendation, this Court finds the report accurately summarizes the facts of this case and the applicable law. Accordingly, the Report and Recommendation is accepted and adopted in its entirety.

IT IS THEREFORE ORDERED that Respondents' motion for summary judgment be GRANTED and this petition be DISMISSED with prejudice.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

February 2, 2007
Anderson, South Carolina

3

## NOTICE OF RIGHT TO APPEAL

Plaintiff is hereby notified that he has the right to appeal this Order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure. Failure to meet this deadline, as modified within Rule 4, will waive the right to appeal.