UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| Trey Garner, #248321, ) | |
| ) | C/A No. 0:06-0021-GRA-BM |
| Petitioner, ) | |
| ) | |
| v.  ) | **ORDER** |
| ) | (Written Opinion) |
| State of South Carolina; and Henry D. ) | |
| McMaster, Attorney General of the ) | |
| State of South Carolina, ) | |
| ) | |
| Respondents. ) | |
| _____ ) | |

This matter comes before the Court on Petitioner's Objections to this Court's Order, granting Respondents' Motion for Summary Judgment and dismissing this § 2254 case with prejudice. After reviewing the objections, this Court finds that Petitioner's objections do not relate to the Order dismissing the case, but instead involve the Report and Recommendation issued by the magistrate judge and filed on January 5, 2007. Petitioner previously filed objections to the Report and Recommendation, and these objections were considered by the Court in its final Order. The rules do not provide and this Court will not allow Petitioner to raise additional objections to the Report and Recommendation after a dispositive Order has been issued. *See* Fed. R. Civ. P. 72(b). Further, if Petitioner disagrees with this Court's disposition of his case, he may file notice of appeal within 30 days from the date of the Order, as this Court previously advised.

1

Therefore, Petitioner's objections will not be considered by this Court and are MOOT.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

March 1, 2007

Anderson, South Carolina